# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHRISTOPHER CLAY,
Appellant,

vs.

THE STATE OF NEVADA,
Respondent.

No. 74735



FILED

FEB 02 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from "the order entered in this Honorable court on or about the 8th day of November, 2017." Eighth Judicial District Court, Clark County; Carolyn Ellsworth, Judge.

Our review of this appeal reveals a jurisdictional defect. Specifically, no order was entered on November 8, 2017. To the extent that appellant appeals from the amended judgment of conviction, no substantive changes were made to the order. The amended judgment of conviction simply corrected the felony category. Thus, appellant is not an aggrieved party. *See* NRS 177.015 (only an aggrieved party may appeal). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

18-04682

cc:    Hon. Carolyn Ellsworth, District Judge
       Christopher Clay
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A